Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL HUGHES,<br><br>             Plaintiff,<br><br>   v.<br><br>LOUIS DEJOY, Postmaster General,<br><br>             Defendant. | NO. C21-0906-RSL<br><br>STIPULATION TO<br>STAY THE CASE<br>PENDING MEDIATION |

The parties respectfully request that the Court briefly stay this case to allow the parties to engage in mediation in the hope of resolving this case before expending additional resources.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Here, a brief stay is warranted. The parties have been proceeding with case work and discovery and would like the opportunity to engage a private mediator to assist with potential settlement before discovery closes and before the parties spend considerable additional resources on summary-judgment motion practice. The parties believe they could attend mediation within the next 90 days.

STIPULATION TO STAY THE CASE PENDING MEDIATION
C21-0906-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Following mediation, the parties will file a joint status report by March 31, 2023. If the case has not resolved, the report will include proposed deadlines for completion of discovery, dispositive motions, all pretrial matters, and a proposed trial setting.

DATED: January 6, 2023                              Respectfully submitted,

/s/ *Mary Ruth Mann*
MARY RUTH MANN, WSBA # 9343
Law Offices of Mann & Kytle
1425 Western Ave., #104
Seattle, Washington 98101
Phone: 206-234-8020
Email: mrmann@mannkytle.com
*Counsel for Plaintiff*

—and—

NICHOLAS W. BROWN
United States Attorney

/s/ *Annalisa L. Cravens*
Annalisa L. Cravens, TX BAR #2402298
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2257
Email: annalisa.cravens@usdoj.gov
*Counsel for Defendant*

STIPULATION TO STAY THE CASE PENDING MEDIATION
C21-0906-RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED that this action is STAYED and shall be removed from this Court's active caseload until further application by the parties or order of this Court. The parties shall file a joint status report on or before March 31, 2023.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

Dated this 9th day of January, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION TO STAY THE CASE PENDING MEDIATION
C21-0906-RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970